29812. PHELPS *v.* THE STATE.

MACINTYRE, J. The general grounds of the motion for new trial are the only grounds mentioned or argued in the brief of plaintiff in error. The record discloses that the evidence for the State, if credible, was sufficient to support the verdict. The jury being the judges of the weight of the evidence this court can not disturb the judgment refusing a new trial.

Judgment affirmed. *Broyles, C. J., and Gardner, J., concur.*

DECIDED JANUARY 12, 1943.

*Kelly & Hicks,* for plaintiff in error.
*H. L. Lanham, solicitor-general,* contra.